

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**
*P. 2*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York  10007

February 11, 2008



RECEIVED
FEB 13 2008
CHAMBERS OF
RICHARD M. BERMAN
U S D J

**Via Hand Delivery**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *United States v. Roselyn Adeyeye*,
              08 Cr. 50 (RMB)

Dear Judge Berman:

    Enclosed please find a courtesy copy of the indictment and other court records in the captioned case, which was assigned to Your Honor on February 8, 2008.  The case, which charges Ms. Adeyeye with making false statements to the Government in connection with a passport renewal application, in violation of 18 U.S.C. § 1001, was transferred to this District from the District of New Hampshire pursuant to Fed. R. Crim. P. 21.

    In addition, I write on behalf of the parties to request that Your Honor set a conference date in the captioned case for approximately one month from the date of this letter.  Mark Howard, Esq., Ms. Adeyeye's counsel in New Hampshire, requires this time to arrange for representation for Ms. Adeyeye in this District, either through local counsel or through his own *pro hac vice* admission to this District.  In addition, today our Office received an application for deferred prosecution from Mr. Howard on behalf of Ms. Adeyeye that will require time to evaluate.

Hon. Richard M. Berman
February 11, 2008
Page 2 of 2

      Finally, I request that time be excluded under the Speedy Trial Act until the conference date scheduled by the Court. The additional time is necessary for Ms. Adeyeye to arrange for local counsel, and for the Government to evaluate Ms. Adeyeye's deferred prosecution application. Mr. Howard consents to this request on behalf of Ms. Adeyeye.

                             Respectfully submitted,

                             MICHAEL J. GARCIA
                             United States Attorney
                             Southern District of New York

                        By: _____
                             Howard S. Master
                             Assistant United States Attorney
                             212-637-2248

cc:      Mark Howard, Esq.
          Kacavas Ramsdell & Howard, PLLC
          1850 Elm Street
          Manchester, NH 03104
          (603) 625-1254 (phone)
          (603) 625-2504 (facsimile)

---

> Conference is scheduled for 3-18-08 at 10:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 2-14-08       *Richard M. Berman*
>                            Richard M. Berman, U.S.D.J.