**MEMO ENDORSED**

# COLLINS, McDONALD & GANN, P.C.
### ATTORNEYS AT LAW

138 MINEOLA BOULEVARD • MINEOLA, NY 11501
TEL: (516) 294-0300 • FAX: (516) 294-0477
info@cmgesq.com • www.cmgesq.com
New York City Office By Appointment

MARC C. GANN*
ROBERT A. McDONALD
RICHARD D. COLLINS*

DANIEL W. RUSSO
MICHAEL J. DiMAGGIO

*Also Member MD Bar
*Also Member PA, MA, TX and D.C. Bars

Of Counsel
ALAN H. FELDSTEIN‡
15250 Ventura Blvd. • 3rd Floor
Sherman Oaks, CA 91403
Tel: (818) 377-2831
Fax: (818) 377-2861

‡Member CA Bar Only

April 17, 2008

*Conference Adjourned to 5/1/08 at 3:30 P.M.*

SO ORDERED:
Date: 4/18/08
Richard M. Berman, U.S.D.J.

**VIA FEDERAL EXPRESS**

Hon. Richard M. Berman, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Roselyn Adeyeye**
**08-cr-0050 (RMB)**

Dear Judge Berman:

   I respectfully write on behalf of my client, Roselyn Adeyeye, the Defendant in the above-referenced matter, which is scheduled for a status conference on April 22, 2008 at 12 p.m. The purpose of this correspondence is to request an adjournment of the status conference for approximately two weeks from the date of this letter. No adjournments have previously been requested.

   I have communicated with the Assistant United States Attorney in this matter, Howard S. Master, who consents to this adjournment.

   I greatly appreciate the Court's anticipated cooperation and courtesies in this matter. Please feel free to contact me at my office if there are any questions or concerns.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

Respectfully submitted,

Daniel W. Russo
Attorney for the Defendant

DWR/sg

cc: Howard S. Master, AUSA
   Via facsimile: (212) 637-2937