

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2008

**Via Hand Delivery**

**MEMO ENDORSED**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    United States v. Roselyn Adeyeye,
              08 Cr. 50 (RMB)

Dear Judge Berman:

      I write to inform the Court that the Government has granted the request for a deferred prosecution filed by the defendant in the captioned case. Accordingly, the parties request that the Court adjourn the conference that had previously been scheduled for tomorrow, May 1, 2008, at 3:30 p.m., for a period of 30 days to permit the Pretrial Services Office to review the proposed deferred prosecution and to enable the parties to complete negotiations concerning a deferred prosecution agreement.

      I also write to request that time be excluded under the Speedy Trial Act until the conference date scheduled by the Court. The additional time is necessary to permit the parties to take actions necessary to enter into a deferred prosecution agreement. Mr. Howard consents to this request on behalf of Ms. Adeyeye.

*[Handwritten endorsement:]* Conference is adjourned to 6-3-08 at 11:00 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 5-1-08
*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: */s/*
Howard S. Master
Assistant United States Attorney
212-637-2148

cc: Daniel Russo, Esq. (by facsimile)