**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2008

**Via Facsimile**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

DATE FILED: 06/02/08

Re: *United States v. Roselyn Adeyeye,*
    08 Cr. 50 (RMB)

Dear Judge Berman:

I write to request a 30-day adjournment of the pretrial conference in the captioned case, which is scheduled to take place tomorrow, June 3, 2008. The adjournment is necessary to permit the Pretrial Services Office to complete its review of the deferred prosecution agreement that has been proposed by the parties, and for the parties to finalize the proposed deferred prosecution agreement.

I also write to request that time be excluded under the Speedy Trial Act until the conference date scheduled by the Court. The additional time is necessary to permit the parties to complete steps necessary to finalize the proposed deferred prosecution agreement. Daniel Russo, Esq., counsel for Ms. Adeyeye, consents to this request on behalf of Ms. Adeyeye.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Howard S. Master
Assistant United States Attorney
212-637-2248

cc: Daniel Russo, Esq. (by facsimile)

> Conference is adjourned to
> 7-8-08 at 12:00 p.m..
> Time is excluded pursuant
> to the Speedy Trial Act for
> the reasons set forth in this
> letter.
>
> SO ORDERED:
> Date: 6-2-08    Richard M. Berman
>                 Richard M. Berman, U.S.D.J.