# CMG COLLINS, McDONALD & GANN, P.C.
## ATTORNEYS AT LAW

138 MINEOLA BOULEVARD • MINEOLA, NY 11501

MARC C. GANN*
ROBERT A. McDONALD
RICHARD D. COLLINS*

DANIEL W. RUSSO
MICHAEL J. DiMAGGIO

*Also Member MD Bar
*Also Member PA, MA, TX and D.C. Bars

TEL: (516) 294-0300 • FAX: (516) 294-0477
info@cmgesq.com • www.cmgesq.com
New York City Office By Appointment

Of Counsel
ALAN H. FELDSTEIN‡
15250 Ventura Blvd. • 3rd Floor
Sherman Oaks, CA 91403
Tel: (818) 377-2831
Fax: (818) 377-2861

‡Member CA Bar Only

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2008



July 3, 2008

**Via Regular Mail**

Hon. Richard M. Berman, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Roselyn Adeyeye**
08-cr-0050 (RMB)

Dear Judge Berman:

I respectfully write on behalf of my client, Roselyn Adeyeye, the Defendant in the above-referenced matter, which is scheduled for a status conference on July 8, 2008 at 12 p.m. The purpose of this correspondence is to request an adjournment of the status conference to July 22, 2008 at 2 p.m.

I also write to request that time be excluded under the Speedy Trial Act until the conference date of July 22, 2008. The additional time is necessary to permit the parties to complete steps necessary to finalize the proposed deferred prosecution agreement. I have communicated with the Assistant United States Attorney in this matter, Howard S. Master, who consents to this adjournment.

I greatly appreciate the Court's anticipated cooperation and courtesies in this matter. Please feel free to contact me at my office if there are any questions or concerns.

Respectfully submitted,

Daniel W. Russo
Attorney for the Defendant

DWR/sg

cc: Howard S. Master, AUSA
Via facsimile: (212) 637-2937

---

*Handwritten endorsement:*

Conference is adjourned to 7-22-08 at 2:30 p.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in letter.

SO ORDERED:
Date: 7-9-08

Richard M. Berman
Richard M. Berman, U.S.D.J.